IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES L. MACKLIN,

        Plaintiff,                No. 2:10-cv-01097 FCD KJN PS

    vs.

SELECT PORTFOLIO SERVICING, et al.

        Defendants.         <u>ORDER</u>

_____/

In light of plaintiff's voluntary petition for bankruptcy, IT IS HEREBY ORDERED that:

1. This action is STAYED effective immediately pursuant to 11 U.S.C. § 362. The court must therefore defer further consideration of the matters pending in the instant case until the bankruptcy action is terminated or the parties have obtained relief from the automatic stay.

2. The hearing on defendants' motion for summary judgment and the status conference set for October 7, 2010 at 10:00 a.m. are hereby VACATED.

////

////

////

3. The parties shall notify the court within ten (10) days of the resolution of the bankruptcy proceedings.

**IT IS SO ORDERED**.

DATED: October 6, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2