JAMES MACKLIN
PO BOX 789
Crystal Bay, Nevada  89402
Telephone: (530) 888-9600
Fax: 530-888-9600
jimlmacklin@yahoo.com
IN PRO PER

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. MACKLIN,<br><br>                 Plaintiff,<br><br>         vs.<br><br>MATTHEY HOLLINGSWORTH, et al.,<br><br>                 Defendant(s). | Case No: 2:10-cv-1097-FCD-KJN PS<br><br>**STIPULATION & [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

Plaintiff, James Macklin, individually, and Defendants, by and through their counsel of record, hereby stipulate that Status Conference presently scheduled for February 27, 2014 at 10:00 AM in Courtroom 25 be continued to March 6, 2014 at 10:00 AM in Courtroom 25 as set forth below:

## **RECITALS**

A.     WHEREAS, on February 4, 2014, the Court entered an order lifting the stay of this matter and scheduling a Status Conference for February 27, 2014 at 10:00 AM in Courtroom 25 before Magistrate Judge Kendall J. Newman with a joint status report to be filed no later than February 20, 2014.

- 1 -
STIPULATION & [PROPOSED] ORDER CONTINUING STATUS CONFERENCE
29801-00001\iManage\5061645.1

B.    WHEREAS, due to a prior conflict that cannot be rescheduled, plaintiff James Macklin is unable to attend the Status Conference on February 27, 2014.

C.    WHEREAS, the parties wish to continue the Status Conference set for February 27, 2014 to allow Mr. Macklin to personally attend.

**STIPULATION**

For the foregoing reasons, Mr. Macklin and Defendants stipulate as follows:

1.    The Status Conference Hearing currently scheduled for February 27, 2014 at 10:00 AM in Courtroom 25 be continued to March 6, 2014, at 10:00 AM in Courtroom 25.  The joint status report shall be filed no later than seven (7) days prior to the hearing.

IT IS SO STIPULATED

Dated: February 11, 2014        /s/ Robert A. Bleicher
                                Robert A. Bleicher,
                                Attorney for Defendants


Dated: February 11, 2014        /s/ James Macklin[1]
                                James Macklin,
                                Plaintiff in Pro Per

**ORDER**

IT IS ORDERED, pursuant to the parties' stipulation, that the Status Conference scheduled for February 27, 2014, at 10:00 A.M., in Courtroom 25 be continued to March 6, 2014, at 10:00 A.M., in Courtroom 25.  The joint status report shall be filed no later than seven (7) days prior to the hearing.

IT IS SO ORDERED.

Dated:  February 18, 2014

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

[1] An original signed version was obtained from Mr. Macklin prior to the filing of this e-signature in compliance with U.S.D.C. Eastern District of California Local Rule 131(f).