UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. MACKLIN, | No. 2:10-cv-1097 MCE KJN PS |
| Plaintiff, | |
| v. | ORDER |
| MATTHEW HOLLINGSWORTH, et al., | |
| Defendants. | |

Plaintiff James Macklin ("plaintiff") is proceeding without counsel in this action.[1] On March 13, 2014, this case was before the undersigned for a status conference. Plaintiff appeared on his own behalf. Attorney Robert Bleicher appeared on behalf of defendants.

For the reasons discussed on the record during the conference, it is HEREBY ORDERED THAT:

1. Within thirty (30) days from the date of this order, plaintiff shall file a motion for leave to file a second amended complaint along with a proposed second amended complaint. Plaintiff's memorandum of points and authorities in support of his motion shall be no more than ten (10) pages in length and shall address, among other things, why plaintiff is seeking to add any newly-alleged claims or newly-named defendants and when plaintiff first learned of the factual basis

---

[1] This case proceeds before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

1

1  underlying any newly-alleged claims or claims against any newly-named defendants.

2     2. If plaintiff timely files a motion for leave to file a second amended complaint,
defendants need not file an opposition. The court will assess plaintiff's motion and proposed second amended complaint and will direct defendants to file an opposition to the motion if the court determines that such a response will be necessary.

IT IS SO ORDERED.

Dated:  March 17, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE