McCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
1770 FOURTH AVENUE
SAN DIEGO, CALIFORNIA 92101
TELEPHONE (619) 685-4800  FACSIMILE (619) 685-4811

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES L. MACKLIN,<br><br>                          Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC. WELLS FARGO & CO., QUALITY LOAN SERVICE, INC., DEUTSCHE BANK NATIONAL TRUST CO., AS TRUSTEE FOR THE "ACCREDITED MORTGAGE LOAN TRUST SERIES 2006-2" CERTIFICATE HOLDERS, ET al.<br><br>                          Defendants. | Case No.  2:10-CV-1097-MCE-KJN-PS<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT THE MOTION TO DISMISS HEARING ON AUGUST 21, 2014**<br><br>Date: August 21, 2014<br>Time: 10:00am<br>Ctrm: 25<br>Judge:  Hon. Kendall J. Newman |

Pursuant to the Request to Appear Telephonically filed by Defendant, Quality Loan Service Corporation ("Defendant") that their counsel be permitted to appear by telephone for the Motion to Dismiss hearing scheduled to be heard on August 21, 2014, at 10:00 a.m., in Courtroom 25 of the above-entitled court, it is hereby ordered as follows:

IT IS HEREBY ORDERED that Counsel for Defendant Quality Loan Service

1
**PROOF OF SERVICE**

1  Corporation is permitted to appear by telephone at the Motion to Dismiss hearing
2  scheduled for August 21, 2014, at 10:00 a.m., in Courtroom 25 of the above-entitled
3  court. The Courtroom deputy shall call counsel in order to participate in the
4  telephone conference call. Counsel, Megan E. Boyd's direct phone number is (619)
5  243-3931.
6  Dated: August 15, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

2
**PROOF OF SERVICE**