1  EDWARD R. BUELL, III (State Bar No. 240494)
2  R. TRAVIS CAMPBELL (State Bar No. 271580)
   SEVERSON & WERSON
3  A Professional Corporation
   One Embarcadero Center, Suite 2600
4  San Francisco, California 94111
   Telephone: (415) 398-3344
5  Facsimile: (415) 956-0439

6
   Attorneys for Defendant
7  WELLS FARGO BANK, N.A.

8
                   UNITED STATES DISTRICT COURT
9
        FOR THE EASTERN DISTRICT OF CALIFORNIA — SACRAMENTO DIVISION
10

11

| | |
|---|---|
| JAMES L. MACKLIN, | Case No.  10-CV-1097-FCD-KJN PS |
| Plaintiff, | |
| v. | **[PROPOSED] ORDER GRANTING REQUEST TO APPEAR TELEPHONICALLY AT MOTION TO DISMISS HEARING** |
| SELECT PORTFOLIO SERVICING, INC., WELLS FARGO & CO., DEUTSCHE BANK NAT'L TRUST CO. AS TRUSTEE FOR ACCREDITED MORTGAGE LOAN TRUST 2006-2, QUALITY LOAN SERVICING, INC, | Date:   August 21, 2014<br>Time:   10:00 a.m.<br>Crtrm.: 25<br>Judge:  Hon. Kendall J. Newman<br>Action Filed:  * |
| Defendants. | Trial Date: None Set |

1

The Court has considered the request of defendant WELLS FARGO BANK, N.A. to appear telephonically at the Motion to Dismiss currently scheduled for August 21, 2014, at 10:00 a.m., and good cause appearing, the Court rules as follows:

The request is GRANTED. Defendant's counsel's shall be available at the direct landline telephone number 415-677-5517 at five minutes prior to the start of the conference.

**IT IS SO ORDERED.**

**Dated:  August 18, 2014**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE